IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KOREY GRAHAM**                                                                    **PLAINTIFF**

v.                                  CASE NO.  4:20-CV-00703-BSM

**OLAMETER CORPORATION**                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE